# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| **Ronald A. Forbes,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 16-4060-CV-C-JTM |
| | ) |
| **Carolyn Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Leave to Voluntarily Dismiss Complaint Without Prejudice,* filed October 5, 2016 [Doc. 12]. After due consideration of the issues presented, and no objection having been asserted by the defendant, it is

**ORDERED** that plaintiff's *Motion For Leave to Voluntarily Dismiss Complaint Without Prejudice,* filed October 5, 2016 [Doc. 12] is **GRANTED**. Accordingly, this matter is DISMISSED WITHOUT PREJUDICE.

              */s/ John T. Maughmer*
              **John T. Maughmer**
              **United States Magistrate Judge**